

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

NATALIE D. THOMPSON  
Assistant Solicitor General

(512) 936-1820  
Natalie.Thompson@oag.texas.gov

October 24, 2023

**Via CM/ECF**
Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

**Re:** No. 21-70008, *Mullis v. Lumpkin*

Dear Mr. Cayce:

    I am writing to advise the Court that Solicitor General Judd E. Stone II has left employment of the Office of the Attorney General. Undersigned counsel requests that the Court permit Mr. Stone to withdraw from the representation in this matter of Bobby Lumpkin, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent-Appellee in this matter. Natalie D. Thompson and Lanora C. Pettit will remain counsel for the Respondent-Appellee.

                                          Respectfully submitted.

                                          /s/ Natalie D. Thompson

                                          Natalie D. Thompson
                                          Assistant Solicitor General

cc: All counsel of record (via CM/ECF)